



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 13 12

August 9, 2012

The Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

**VIA FACSIMILE**

R F     E D

AUG 0 9 2012

HA    BAER
U.S DISTRICT JUDGE
S D N Y

Re:   *American Civil Liberties Union Foundation v. U.S. Department of Justice*, 12 Civ. 4093 (HB)

Dear Judge Baer:

     On behalf of both plaintiff American Civil Liberties Union and defendant Department of Justice, the ACLU writes to respectfully request that the status conference currently scheduled for August 23, 2012 be rescheduled to September 20, 2012, or a date thereafter.

     As stipulated in the Stipulation and Order signed by Your Honor on July 31, defendant has until August 30 to complete processing of documents responsive to plaintiff's request. After that date, plaintiff will have until September 13 to review the documents and meet and confer with defendant about any questions plaintiff may have.

     Given this processing schedule, the parties anticipate that there will be little to report on August 23. Both parties respectfully request that the status conference therefore be rescheduled for September 20, 2012, or a date thereafter. On behalf of the parties, we thank the Court for its consideration.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

Sincerely,

Catherine Crump
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 519-7806
Fax: (212) 559-2651
Email: ccrump@aclu.org

Adj. to Sept 20 th
230

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 8/13/12

cc:   Tomoko Onozawa, AUSA

Endorsement:

    Adjourned to September 20 at 2:00 P.M.